# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

SUSAN RUSSO MARCHAND, ET AL

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

NO.  2021 CW 1330

**JANUARY 31, 2022**

In Re:  National Union Fire Insurance Company of Pittsburgh,
PA and AIG Specialty Insurance Company (as alleged
pre-2009 insurers of Texas Brine Company, LLC),
applying for supervisory writs, 23rd Judicial District
Court, Parish of Assumption, No. 34270.

**BEFORE:  McDONALD, LANIER, AND WOLFE, JJ.**

  **WRIT DENIED.** The criteria set forth in **Herlitz Construction
Co., Inc. v. Hotel Investors of New Iberia, Inc.,** 396 So.2d 878
(La. 1981) (*per curiam*) are not met.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT